Decided June 2, 2004

CRABTREE REALTY COMPANY *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF WESTPORT

CRABTREE REALTY COMPANY *v.* ZONING BOARD OF APPEALS OF THE TOWN OF WESTPORT

The plaintiff's petition for certification for appeal from the Appellate Court, 82 Conn. App. 559 (AC 23709), is denied.

*John F. Fallon,* in support of the petition.

*Patricia C. Sullivan* and *Barbara M. Schellenberg,* in opposition.

Decided June 2, 2004